**Linda S. BAKER, Respondent,**

v.

**Bill P. BAKER, Appellant.**

**No. WD 41571.**

Missouri Court of Appeals,
Western District.

Dec. 5, 1989.

Steven D. Wolcott of Enkelmann & Wolcott, Gladstone, for appellant.

Roger Guy Burnett of Sevier, Burnett & Maloney, Liberty, for respondent.

Before MANFORD, P.J., and SHANGLER and CLARK, JJ.

ORDER

PER CURIAM:

This is an appeal from a decree of dissolution and a post-trial order denying amendment of the decree.

Judgment affirmed. Rule 84.16(b).

**Mildred W. CARNEY, Appellant,**

v.

**Al NICHOLSON, Respondent.**

**No. WD 41577.**

Missouri Court of Appeals,
Western District.

Dec. 5, 1989.

Larry Delano Coleman, Kansas City, for appellant.

Bert Stephen Braud, Kansas City, for respondent.

Before NUGENT, C.J., FENNER, J., and WASSERSTROM, Special Judge.

ORDER

PER CURIAM.

Appeal from order of trial court directing verdict against appellant at the close of her evidence.

Judgment affirmed. Rule 84.16(b).